UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-079 |
| | ) | |
| MICHAEL HAMILTON | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jared T. Williams** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jared T. Williams** be granted leave of absence for the following periods: **January 2, 2019; February 18, 2019 through February 28, 2019; March 13, 2019 through March 20, 2019; October 2, 2019 through October 7, 2019; November 19, 2019 through November 25, 2019; and December 23, 2019 through December 27, 2019.**

This 19th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA