UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 AUG -1 AM 10: 24

CLERK M. Akin
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-079 |
| | ) | |
| MICHAEL HAMILTON | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Jacque D. Hawk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Jacque D. Hawk be granted leave of absence for the following periods: **August 16, 2019 through August 26, 2019; September 16, 2019; October 14, 2019; October 21, 2019; October 30, 2019 through November 1, 2019; November 27, 2019 through December 2, 2019; December 23, 2019 through January 2, 2020; February 20, 2020 through February 24, 2020; April 6, 2020 through April 10, 2020; May 21, 2020 through May 22, 2020; June 22, 2020 through June 26, 2020; and July 20, 2020 through July 24, 2020.**

This 1st day of August, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA