UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL HAMILTON ) | CR118-79 |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jared T. Williams** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jared T. Williams** be granted leave of absence for the following periods: **November 1, 2019; November 4, 2019; December 1, 2019 through December 3, 2019.**

SO ORDERED, this the 29th day of October, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA